**Melissa M. PEACHER, Respondent,**

v.

**Michael R. PEACHER, II, Appellant.**

**No. WD 61015.**

Missouri Court of Appeals,
Western District.

May 6, 2003.

Robert N. Calbi, Kansas City, MO, for appellant.

John K. Allinder, Independence, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and HOLLIGER, JJ.

*ORDER*

PER CURIAM.

Michael R. Peacher II appeals from the judgment and decree of dissolution of his marriage to Melissa M. Peacher. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).